UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARISSA GARCIA,<br><br>      Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, et al.,<br><br>      Defendants.<br>_____/ | No. C 13-4941 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     May 7, 2014<br>Mediator: Robert Luft |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's insurance carrier's representative, John Damico, from appearing in person at the May 7, 2014, mediation before Robert Luftis GRANTED. Mr. Damico shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 22, 2014          By: _____
Dated                                          Maria-Elena James
                                                                United States Magistrate Judge